THE ERIE RAILROAD COMPANY, Respondent, v. CITY OF ROCHESTER, Appellant. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See 256 App. Div. 551.] Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, v. OSWALD O. BACHMANN and Others, Appellants.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MERRITT B. SCHUYLER, Appellant, v. JOSEPH H. BROPHY, as Warden of Auburn Prison, Auburn, New York, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

BROCKPORT NATIONAL BANK, Respondent, v. WEBACO OIL COMPANY, INC., Appellant, and THOMAS N. NAGLE, as Receiver of the First National Bank of Brockport, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied as leave to appeal is not necessary. Motion for stay granted upon filing bonds as required by sections 593 and 594 of the Civil Practice Act. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

E. DOUGLAS WEBSTER, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24857.) — Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

FIRST TRUST AND DEPOSIT COMPANY, as Receiver, etc., of HENRY G. HAMLIN, Appellant, v. HENRY G. HAMLIN and Others, Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

FRANK J. HOAG, Appellant, v. THE GARDEN CITY BANK AND TRUST COMPANY and SARAH H. HOAG, as Executors, etc., of CHARLES H. HOAG, Deceased, Respondents.— Motion to amend order entered May 3, 1939 [ante, p. 30], granted and order modified by providing therein that the plaintiff may serve an amended complaint within twenty days after the service upon him of a copy of the amended order and paying the costs of the appeal. In case the plaintiff takes advantage of the leave hereby granted and pays the costs and serves a new complaint, proper motions may be made at Special Term to vacate any judgments of dismissal which have heretofore been entered. In all other respects the motion is hereby denied. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

FRIEDA MILLER, as Industrial Commissioner of the State of New York, on Behalf of the STATE INSURANCE FUND, Respondent, v. NEWPORT SAND & CEMENT CORP., Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.